### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **LUCILLE L. BROOKS,**<br><br>    Plaintiff,<br><br>vs.<br><br>**NIAGARA CREDIT SOLUTIONS, INC.,**<br><br>    Defendant. | **Civil Action No.** |

### NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT** pursuant to 28 U.S.C. § 1441(b) and 28 U.S.C. § 1331, Defendant, Niagara Credit Solutions, Inc. ("Niagara") by and through its counsel, McDowell, Rice, Smith & Buchanan PC, hereby removes the action entitled <u>Lucille L. Brooks v. Niagara Credit Solutions, Inc.</u>, docket no. 2015-LM-003639, as filed in the District Court of Wyandotte County, Kansas, Limited Actions Division ("the Action"), to the United States District Court for the District of Kansas, based upon the following:

1. On or about August 4, 2015, Plaintiff Lucille Brooks filed the Action in the District Court of Wyandotte County, Kansas, Limited Actions Division, at docket number 2015-LM-003639. A true and correct copy of Plaintiff's Complaint in the Action is attached hereto as Exhibit "A." Exhibit A includes all pleadings that have been filed in the Action.

2. Niagara first received notice of the Action on August 7, 2015, when it was served with Plaintiff's Complaint.

3. Based on the foregoing, Niagara has timely filed this Notice of Removal within thirty days of being served with the Complaint and within thirty days of the date that the Action was first removable. <u>See</u> 28 U.S.C. § 1446(b).

4. The Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court pursuant to the provisions of 28

U.S.C. § 1441(b), in that Plaintiff has alleged, *inter alia*, that Niagara violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* thereby asserting a claim that arises under federal law.

5.  The United States District Court for the District of Kansas, Kansas City-Leavenworth Division should be assigned the Action because the cause of action alleged by the Plaintiff arises from the performance of obligations of the parties within Wyandotte County, Kansas, and Plaintiff originally filed her action in the District Court of Wyandotte County, Kansas, Limited Actions Division.

6.  Pursuant to 28 U.S.C. § 1446(d), Niagara will file a copy of this Notice of Removal with the Clerk of the United States District Court for the District of Kansas, will serve Plaintiff with a copy of this Notice of Removal and will file a Notice of Removal in the District Court of Wyandotte County, Kansas Limited Actions Division.

**WHEREFORE**, Defendant, Niagara Credit Solutions, Inc. notifies this Court that this cause of action is removed from the District Court of Wyandotte County, Kansas Limited Actions Division to the United States District Court for the District of Kansas pursuant to the provisions of 28 U.S.C. §§ 1331 and 1446.

Respectfully submitted,

*McDowell Rice Smith & Buchanan P.C.*

By: *s/ Louis J. Wade* _____
    Ania W. Moncrief KS# 25763
    Louis J. Wade KS# 13042
    605 W 47th Street, Ste. 350
    Kansas City, MO  64112
    (816) 960-7323 FAX (816) 753-9996
    Email: amoncrief@mcdowellrice.com
    Email: lwade@mcdowellrice.com
    ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned Court and was emailed on the 8th day of September, 2015, to:

A.J. Stecklein
Michael H. Rapp
Brian E. Johnson
CONSUMER LEGAL CLINIC, LLC
748 Ann Ave.
Kansas City, KS 66101
Telephone: (913) 371-0727
Facsimile: (913) 371-0147
Email: aj@kcconsumerlawyer.com
Email: mr@kcconsumerlawyer.com
Email: bj@kcconsumerlawyer.com
ATTORNEYS FOR PLAINTIFF

                                              *s/__Louis J. Wade_____*
                                              Louis J. Wade