# EXHIBIT A

ELECTRONICALLY FILED
2015 Aug 04 AM 11:56
CLERK OF THE DISTRICT COURTS
CASE NUMBER: 2015-LM-003639

Lucille Brooks

vs.

Niagara Credit Solutions, Inc.

## SUMMONS

To the above-named Defendant/Respondent:

**Niagara Credit Solutions Inc**
**RA: Corporation Service Company,**
**2900 SW Wanamaker Drive, Suite 204,**
**Topeka, KS  66614**

You are hereby notified that a lawsuit commenced against you will be on this court's docket at 09:00 am, on 09/14/2015, to be held at the following location:

Wyandotte County District Court
Wyandotte County District Court
710 N. 7th St.
Kansas City, KS 66101

If you do not appear before this court or file an answer at such time, judgment by default will be taken against you for the relief demanded in the petition.

If you intend to appear at such time and dispute the petition, you must file an answer with the clerk of this court within 14 days thereafter.

If you are not represented by an attorney, the answer shall be signed by you. The answer shall state the following:

(1) what the dispute is;
(2) any affirmative defenses you have to the claim; and
(3) your (or your attorney's) current address, phone number, fax phone number, and e-mail address.

You must also promptly send a copy of your answer to the plaintiff's attorney or the plaintiff, if the plaintiff has no attorney.



Clerk of the District Court

**Documents to be served with the Summons:**
PLE: Petition Petition

ELECTRONICALLY FILED
2015 Aug 04 AM 11:56
CLERK OF THE DISTRICT COURTS
CASE NUMBER: 2015-LM-003639

# IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS
## LIMITED ACTIONS

Lucille L. Brooks,

                              Plaintiff,

vs.

Niagara Credit Solutions, Inc.,

                              Defendant.

Case Number:_____

Division: _____

## PETITION

COMES NOW Plaintiff, by and through counsel, and for Plaintiff's causes of action against Defendant states as follows:

1. Plaintiff is a resident of Kansas.

2. Defendant Niagara Credit Solutions, Inc. is a New York corporation.

3. At all times relevant hereto, Defendant Niagara Credit Solutions, Inc. was and is engaged in the business of collecting consumer debts in Kansas.

4. The Court has concurrent jurisdiction over the Fair Debt Collection Practices Act pursuant to 15 USC §1692k(d).

## COUNT I
## FAIR DEBT COLLECTION PRACTICES ACT

COMES NOW Plaintiff Lucille L Brooks, and as for Count I against Defendant Niagara Credit Solutions, Inc., states and alleges as follows:

5. Plaintiff incorporates herein the preceding paragraphs as though fully set forth hereunder.

6. This is an action for damages brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.*

(hereinafter FDCPA), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

7. Plaintiff is a consumer as defined by 15 USC §1692a(3) of the FDCPA.

8. The principal purpose of Defendant Niagara Credit Solutions, Inc. is the collection of consumer debts using the mails and telephone, and Defendant regularly attempts to collect debts alleged to be due another.

9. Defendant is a debt collector as defined by 15 USC §1692a(3) who uses any instrumentality of interstate commerce or the mails in any business, the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another or by taking of assignment of a debt already declared to be in default by the originating creditor.

10. The Defendant was attempting to collect a consumer debt as defined by 15 USC §1692a(5) as an obligation or alleged obligation of a consumer to pay money arising out of a transaction in which the money, property, insurance or services which are the subject of the transaction are primarily for personal, family, or household purposes, whether or not such obligation has been reduced to judgment.

11. The standard in determining whether the Defendant violated the FDCPA is the least sophisticated consumer standard. Claims should be viewed from the perspective of a consumer whose circumstances make him relatively more susceptible to harassment, oppression or abuse. *Schweizer v. Trans Union Corp.*, 136 F.3d 233, 237 (2nd Cir. 1998); *Swanson v. Southern Oregon Credit Service*, 869 F.2d 1222, 1225-27 (9th Cir. 1988); *Jeter v. Credit Bureau, Inc.*, 760 F.2d 1168, 1172 -75 (11th Cir. 1985); *Graziano v. Harrison*, 950 F.2d 107, 111 (3d Cir. 1991).

12. On August 21, 2014, Defendant sent a demand letter to Plaintiff in an attempt to collect a debt.

13. A redacted copy of the letter is attached hereto as Exhibit A.

14. The letter was sent by Defendant in an envelope that had a window, allowing the Plaintiff's name and address to show through, being visible to the public.

15. Above the Plaintiff's name is Plaintiff's account number, referencing the debt for which Defendant was making a demand upon Plaintiff.

16. The account number was visible through the envelope and could be viewed by the public.

17. Account numbers are personally identifiable information and are impermissible language or symbols under § 1692f(8). Douglass v. Convergent Outsourcing, 765 F.3d 299, 306 (3d Cir. 2014).

18. Hence, Defendant disclosed Plaintiff's personally identifiable information on the face of envelopes used by Defendant to send letters to Plaintiff.

19. 15 U.S.C. § 1692f provides that "[a] debt collector may not use unfair or unconscionable means to collect or attempt to collect any debt." 15 U.S.C. § 1692f.

20. 15 U.S.C. § 1692f(8) prohibits "using any language or symbol" other than a debt collector's name and address on an envelope. 15 U.S.C. § 1692f(8).

21. This prohibition assures that no information visible to the public invades the consumer privacy concerns the FDCPA was designed to protect. See S. Rep. No. 95-382, at 8 (1977), reprinted in 1977 U.S.C.C.A.N. 1695, 1702.

22. Therefore the disclosure of Plaintiff's account number on the face of a debt collection envelope violates § 1692f(8) of the FDCPA. Douglass v. Convergent Outsourcing, 765 F.3d 299, 306 (3d Cir. 2014).

23. Defendant's acts, as described above, were done intentionally with the purpose of coercing Plaintiff to pay the alleged debt.

24. As a result of the above violations of the stated Act, the Defendant is liable to the Plaintiff for actual damages; statutory damages up to $1,000.00 pursuant to 15 U.S.C. §1692k; costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k.

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the Defendant for actual damages; statutory damages pursuant to 15 U.S.C. §1692k; costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k; and for such other and further relief as may be just and proper.

Respectfully Submitted,

By: /s/ A.J. Stecklein
A.J. Stecklein #16330
Michael H. Rapp #25702
Brian E. Johnson #26934
Consumer Legal Clinic, LLC
748 Ann Ave
Kansas City, KS 66101
Telephone: (913) 371-0727
Facsimile: (913) 371-0147
Email: aj@kcconsumerlawyer.com
mr@kcconsumerlawyer.com
bj@kcconsumerlawyer.com
Attorneys for Plaintiff

# Exhibit A

655 Pullman Avenue
Rochester, NY 14615
RETURN SERVICE REQUESTED

| VISA | MASTERCARD | AMEX | |
|---|---|---|---|
| Expiration | Credit Card Number | | CV Code |
| Amount Authorized | | Signature | |
| Date 08-21-14 | | Total Amount Due $1997.65 | |
| Account Number ▓5742 | | Amount Enclosed | |

TOLL FREE: 1-800-381-0416

1050
LTR501 - ▓5742
BROOKS, LUCILLE
3311 N 84TH TER
TER
KANSAS CITY, KS 66109-1017

**PLEASE SUBMIT PAYMENT TO:**
Niagara Credit Solutions, Inc.
420 Lawrence Bell Drive, Suite #2
Williamsville, New York 14221-7820

| Niagara Account # | Reference Creditor | Total Amount Due |
|---|---|---|
| ▓5742 | CITIBANK | $1997.65 |
| **Date** | **Regarding Our Client and the Account Owner** | **Client Account #** |
| 08-21-14 | LVNV FUNDING, LLC | ▓6870 |
| **Principal Balance** | **Interest Balance** | **Misc Balance** |
| $1229.75 | $767.90 | $0.00 |

Welcome to Niagara Credit Solutions, Inc. We are here to help. Your account was placed with our collection agency on 08-18-14. In an effort to assist you, we would like to extend the following offers.

- Offer #1. Our client has authorized us to offer you a convenient minimum monthly payment plan of $25.00 a month towards the balance. The first payment is due in our office on or before 10-05-14. If this amount does not meet your budget we may be able to lower the monthly payment amount or change the re-payment terms.

- Offer #2. Our client has authorized us to offer you a settlement in full on the above mentioned account by agreeing accept less than the full balance due to pay-off the account. Upon clearance of sufficient funds, this settlement will satisfy the debt in full saving you money. To accept this settlement offer, we must receive a one-time settlement payment of $1198.59 in our office no later than 10-05-14. Failure to meet the settlement terms as listed above may result in the settlement offer being revoked. We are not obligated to renew this offer.

If you have any questions or would like to take advantage of either of these offers, please feel free to contact our office at 1-800-381-0416 and a friendly customer service representative will help to explain your available options. For your convenience we accept check-by-phone, ACH, major credit cards, money-gram and bank-to-bank wire. Operators are standing by to help.

Credit card holders may pay by filling in the boxes above or you may remit a check or money order. Please return the tear off portion with your payment.

**Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.**

**Federal law requires we notify you that this communication is from a professional debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.**

Sincerely

Niagara Credit Solutions, Inc.
TOLL FREE: 1-800-381-0416

An investigative consumer report including information as to your character, general reputation, personal characteristics and mode of living, whichever are applicable, may be made on you. You have the right to request information regarding the nature and scope of this investigation.

Hours of Operation: Monday – Thursday 8AM – 9PM Eastern, Friday 8AM – 5PM Eastern, Saturday 8AM – 12 Noon Eastern

**Niagara Credit Solutions, Inc.**    420 Lawrence Bell Dr. Suite 2, Williamsville NY 14221

US POSTAGE FIRST-CLASS $7.450
062S0006727656
66101

CERTIFIED MAIL

7015 0640 0007 0111 0803

Niagara Credit Solutions, Inc.
RA: Corporation Service Company
2900 SW Wanamaker Drive, Suite 204
Topeka, KS 66614

Consumer Legal Clinic, LLC
748 Ann Avenue
Kansas City, Kansas 66101

614920